IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONSULTING PROFESSIONAL            )
RESOURCES, INC.                    )
        Plaintiff              )
                                   )
  vs                               )   CIVIL ACTION No. 09-1201
                                   )
CONCISE TECHNOLOGIES LLC,          )
et al.,                            )
        Defendants             )

## O R D E R

AND NOW, this 31st day of March, 2010, after the plaintiff, Consulting Professional Resources, Inc., filed an action in the above-captioned case, and after motions to dismiss were submitted by defendants, Concise Technologies LLC, James R. Matthews, and Patricia Alphonse, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 28), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motions to dismiss(Docket Nos. 18 and 20) are granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order, it must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P. 3. The clerk shall mark this case closed.

/s/ Joy Flowers Conti_____
United States District Judge